IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM RHOADS-WALKER                                                                    PLAINTIFF

V.                                    CASE NO. 4:21CV-00279 – JM

CINCINNATI INSURANCE COMPANY                                                    DEFENDANT

## ORDER OF DISMISSAL

Upon joint motion of the parties and the Court having been advised that the instant case has resolved, this case is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATE:    5/3/2022

PREPARED BY:

Ben C. Hall
Barber Law Firm PLLC
Attorneys for Defendant
425 W. Capitol Ave.
Suite 3400
Little Rock, AR  72201
501-372-6175